# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Chase Toulou, Individually and on behalf of Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Chippewa Resources Incorporated, | ) ) | Case No. 1:22-cv-131 |
| Defendant. | ) | |

On March 7, 2023, the Parties filed a Joint Motion to Stay Proceedings and Tolling. (Doc. No. 25). Therein they agree to stay this case while they exchange information and begin settlement negotiations. They further agree to toll the statute of limitations for the Putative Class Members from March 7, 2023, until 30 days after the end of the stay or if they declare an impasse. They request that the court stay this case and pending deadlines for period of sixty days.

The court **GRANTS** the Parties' Joint Motion to Stay Proceedings and Tolling (Doc. No. 25). This action shall be stayed until May 8, 2023. The parties shall file a joint report on May 8, 2023, updating the court on the status of their negotiations.

**IT IS SO ORDERED.**

Dated this 9th day of March, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court