# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Chase Toulou, ) | |
| ) | |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| ) | |
| vs. ) | Case No. 1:22-cv-131 |
| ) | |
| Chippewa Resources Incorporated, ) | |
| ) | |
| Defendant. ) | |

Before the Court is a stipulation of dismissal filed on September 6, 2023.  See Doc. No. 31. The Court **ADOPTS** the stipulation in its entirety and **ORDERS** the action be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 8th day of September, 2023.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court